### February 11, 1971.

M. P. No. 1080. ROBERT J. WELCH *v.* FRANCIS A. HOWARD, *Warden.* Motion of petitioner to treat his memorandum, previously submitted as part of pleadings, as a brief on the merits of the case is granted. His motion for assistance of counsel before Supreme Court is granted, and John F. Sheehan is appointed counsel to represent petitioner in further prosecution of his petition for habeas corpus. *John F. Sheehan,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

### February 12, 1971.

Ex. No. 838. STATE *v.* RENO CASSINO. Order entered on October 6, 1970 is amended to read as follows:

The motion of the State sua sponte to dismiss its bill of exceptions in the above-entitled case on the basis of mootness is granted.

*Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff.

### February 16, 1971.

M. P. No. 1085. YVETTE PATENAUDE *v.* PERSONNEL BOARD OF CITY OF CENTRAL FALLS. Motion for leave to reargue denied. *John F. McBurney, William J. Burke,* for petitioner. *Luc R. LaBrosse,* City Solicitor, for respondent.

M. P. No. 1286. CONGREGATION SONS OF ZION *v.* PROVIDENCE REDEVELOPMENT AGENCY. Motion for leave to file petition for writ of certiorari granted. Motion to consolidate granted, case to be consolidated for hearing with *Chorney* v. *Providence Redevelopment Agency,* M. P. No. 1287, and *Kraus* v. *Providence Redevelopment Agency,* M. P. No. 1288. *Smith & Smith, Z. Hershel Smith,* for petitioner. *Timothy J. McCarthy, Paul F. Casey,* for respondent.